ALBERT POPPENBERG, Respondent, v. GUSTAV H. POPPENBERG, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

HAMPTON H. HALSEY, as Administrator, etc., of MARY A. LINE, Deceased, Respondent, v. LUCY F. BROTSCH, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

EDMUND D. MCADEN, Respondent, v. OLYMPIC AMUSEMENT COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that it was error to charge that as to plaintiff's disorderly conduct, it was obligatory upon the defendant to prove that by a fair preponderance of evidence. All concur, except Kruse, P. J., and Davis, J., who dissent and vote for affirmance.

ADKIN, CLARK & GODDARD COMPANY, Plaintiff, v. CHARLES T. JOHNSTONE, Defendant.— Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs. All concur.

CUNDALL, POWELL & MOSHER, INC., Respondent, v. ELECTRO REFRACTORIES CORPORATION, Appellant.— Judgment and order affirmed, with costs. All concur.

GEORGE BACKHOUS, Respondent, v. ALFRED WAGNER, Appellant.— Judgment and order affirmed, with costs. All concur, except Kruse, P. J., and Hubbs, J., who dissent and vote for reversal and dismissal of the complaint, upon the ground that the claim was settled and compromised and the cause of action paid, released and discharged.

TOBIE FOGEL, an Infant, by MAX FOGEL, Her Guardian ad Litem, Appellant, v. REGORSON CORPORATION, Respondent.— That part of the order appealed from is reversed, with ten dollars costs and disbursements, and that part of the order denied at Special Term is granted, and the witnesses Calihan and Simpson are directed to appear before the referee appointed by the order, upon five days' notice to each of them and to defendant's attorney. All concur.

CLIFFORD L. MILLER and Another, Appellants, v. SEMET-SOLVAY COMPANY, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

LOVELAND PADDOCK, Respondent, v. FRANK S. PADDOCK, Appellant, Impleaded, etc.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Application of LOEW'S BUFFALO THEATRES, INC., for the Removal of GOLDE CLOTHES SHOP, INC., from Certain Premises in the City of Buffalo.— Motion for leave to appeal to Court of Appeals granted.

JACOB HACKENHEIMER and Others, Appellants, v. LOUIS S. KURTZMANN and Others, Respondents.— Motion for reargument denied, with ten dollars costs.

MARGARET FORD, as Administratrix, etc., Respondent, v. JOHN BARTON PAYNE, as Director-General of Railroads, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.